UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN S. SECREST, ) | CASE NO. CV 10-1029-RGK (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| M. C. KRAMER, ET AL., ) | |
| Respondents. ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 18, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd